**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: October 8, 2013**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   Scott G Carr<br>   Connie L Carr<br><br>                        Debtors | CASE NO: 09-34394<br>     (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

T9xx8x

AGREED ORDER RESOLVING MOTION TO DISMISS (Doc. 202) AS TO DEBTOR WIFE
ONLY and ORDERING OTHER MATTERS

This matter is scheduled for hearing on September 19, 2013 upon the Chapter 13 Trustee's Motion to Dismiss for Material Default (Doc. 202) and Debtors' Response thereto (Doc. 203), filed on or about August 19, 2013, and upon agreement of the parties,

IT IS ORDERED that:

1) the Chapter 13 Trustee's Motion to Dismiss for Material Default is hereby resolved;

2) the Debtor wife, Connie L. Carr, shall convert this case to a chapter 7 proceeding by October 10, 2013 or the Trustee shall submit an order to the Court dismissing this case without further notice or hearing.


IT IS SO ORDERED.

/s/ Jeffrey M. Kellner
_____

Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email to: chapter13@dayton13.com


/s/ LESTER R THOMPSON
_____

LESTER R THOMPSON  #0014841
ATTORNEY FOR DEBTORS
1340 WOODMAN DR
DAYTON, OH  45432
(937) 252-2030  FAX (937) 252-9425
email: lthompson@thompsonanddeveny.com

**Distribution:**
    All Filing Parties .

0934394_267_20131004_1457_750/T275_gm
###