This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: October 8, 2013**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  Scott G Carr<br>  Connie L Carr<br><br>                    Debtors | CASE NO: 09-34394<br>        (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

T9xx8x

AGREED ORDER RESOLVING MOTION TO DISMISS (Doc. 202) AS TO DEBTOR WIFE ONLY and ORDERING OTHER MATTERS

This matter is scheduled for hearing on September 19, 2013 upon the Chapter 13 Trustee's Motion to Dismiss for Material Default (Doc. 202) and Debtors' Response thereto (Doc. 203), filed on or about August 19, 2013, and upon agreement of the parties,

IT IS ORDERED that:

1) the Chapter 13 Trustee's Motion to Dismiss for Material Default is hereby resolved;

2) the Debtor wife, Connie L. Carr, shall convert this case to a chapter 7 proceeding by October 10, 2013 or the Trustee shall submit an order to the Court dismissing this case without further notice or hearing.

IT IS SO ORDERED.

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email to: chapter13@dayton13.com


/s/ LESTER R THOMPSON

LESTER R THOMPSON  #0014841
ATTORNEY FOR DEBTORS
1340 WOODMAN DR
DAYTON, OH  45432
(937) 252-2030  FAX (937) 252-9425
email: lthompson@thompsonanddeveny.com

**Distribution:**
    All Filing Parties .

0934394_267_20131004_1457_750/T275_gm
\#\#\#

United States Bankruptcy Court
Southern District of Ohio

In re:
Scott G. Carr
Connie L. Carr
    Debtors

Case No. 09-34394-lsw
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0648-3　　　User: lewisa　　　Page 1 of 1　　　Date Rcvd: Oct 09, 2013
　　　　　　　　　　　　Form ID: pdf01　　Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2013.
db/jdb　　+Scott G. Carr,　Connie L. Carr,　723 Crestline Drive,　Xenia, OH 45385-1406
aty　　　+Dennis A Lieberman,　318 W. Fourth Street,　Dayton, OH 45402-1403
cr　　　+Capital One, NA,　Bass & Associates, P.C.,　3936 E. Ft. Lowell Road, Suite #200,
　　　　　Tucson, AZ 85712-1083
cr　　　+PRA Receivables Management LLC,　POB 41067,　Norfolk, VA 23541-1067
cr　　　 eCAST Settlement Corporation,　c/o Bass & Associates, P.C.,　3936 E. Ft. Lowell Road,
　　　　　Ste. 200,　Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty　　　+E-mail/Text: resurgentbknotifications@resurgent.com Oct 09 2013 19:54:52　Linh K Tran,
　　　　　2101 Fourth Ave,　Suite 900,　Seattle, WA 98121-2339
cr　　　+E-mail/Text: bncmail@w-legal.com Oct 09 2013 19:58:29　Candica, LLC,
　　　　　c/o Weinstein & Riley, PS,　2001 Western Ave., Ste 400,　Seattle, WA 98121-3132
cr　　　 E-mail/Text: bknotice@ncmllc.com Oct 09 2013 19:54:43　National Capital Management, LLC,
　　　　　8245 Tournament Drive,　Suite 230,　Memphis, TN 38125-1741
cr　　　+E-mail/Text: bncmail@w-legal.com Oct 09 2013 19:59:23　Vanda, LLC,
　　　　　c/o Weinstein & Riley, P.S.,　2001 Western Ave., Ste. 400,　Seattle, WA 98121-3132
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

　　　***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*　　　+PRA Receivables Management, LLC,　PO Box 41067,　Norfolk, VA 23541-1067
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2013　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2013 at the address(es) listed below:
　　　　Asst US Trustee (Day)　USTPRegion09.CB.ECF@usdoj.gov
　　　　Candi Sue Rambo　on behalf of Creditor　Ohio Department of Job & Family Services
　　　　 crambo@flhslaw.com
　　　　Candi Sue Rambo　on behalf of Creditor　Ohio Bureau of Workers' Compensation crambo@flhslaw.com
　　　　Candi Sue Rambo　on behalf of Creditor　Ohio Department of Taxation crambo@flhslaw.com
　　　　Holly N Wolf　on behalf of Creditor　The Bank of New York Mellon Trust Company NA
　　　　 bankruptcy@mdk-llc.com, anhsmdk@zuckergoldberg.com
　　　　Jeffrey M Kellner　ecfclerk@dayton13.com, onelook@dayton13.com
　　　　Lester R Thompson　on behalf of Joint Debtor Connie L. Carr tdbklaw@gmail.com
　　　　Lester R Thompson　on behalf of Debtor Scott G. Carr tdbklaw@gmail.com
　　　　Mark R Lembright　on behalf of Creditor　The Huntington National Bank
　　　　 Mlembright@feltyandlembright.com
　　　　Patti H Bass　on behalf of Creditor　HSBC Bank Nevada, NA ecf@bass-associates.com
　　　　Stacey A O'Stafy　on behalf of Creditor　The Bank of New York Mellon Trust Company NA
　　　　 bankruptcy@mdk-llc.com, anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
　　　　Stephen D Miles　on behalf of Creditor　Day Air Credit Union mmiles@mileslaw.com,
　　　　 sdm@mileslaw.com;lboyce@mileslaw.com
　　　　Terry Serena　on behalf of Creditor　Internal Revenue Service
　　　　 Terry.Serena@irscounsel.treas.gov,
　　　　 usaohs.ecfirs@usdoj.gov;robin.d.guethlein@irscounsel.treas.gov
　　　　W D Shane Latham　on behalf of Creditor　Security National Bank slatham@gvhw.net
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 14